UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

IBRAHIM ABDIRAHMAN SHEIKH AHMED,
A028219876,

          Petitioner,

    -v-                              DECISION AND ORDER
                                            13-CV-0025C

ERIC H. HOLDER, Attorney General of the
United States, et al.,

          Respondents.

───────────────────────────────

      Petitioner Ibrahim Abdirahman Sheikh Ahmed, who is currently detained at Buffalo Federal Detention Facility pursuant to a final order of removal, seeks relief pursuant to 28 U.S.C. § 2241 as more fully set forth in the petition. Petitioner also seeks permission to proceed *in forma pauperis*. Petitioner has also paid the $ 5.00 filing fee. However, the documents submitted to the Court cannot be accepted for filing because the documents lack an original signature, required by the Federal Rules of Civil Procedure. Petitioner must sign the papers and refile the papers with the Court by **February 19, 2013**.

      In addition, petitioner seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant the request, it needs sufficient information on which to base its determination. Here, the documentation petitioner has submitted is inadequate to permit the Court to evaluate the request, because petitioner has not had prison officials complete the required prison certification section of the application form. Because this section of the application form must be completed and signed by a prison

official, petitioner may submit a supplementary application which includes a completed prison certification section.

The Clerk of Court is directed to send petitioner, along with this Order, a copy of his submissions and a new form application to proceed as a poor person.

SO ORDERED.

Dated:  JAN. 17, 2013
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge